**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-CV-01292-SKC

DEANNA ROSS, ARMANDO ROSS, and JASON ROSS,

 Plaintiffs

v.

ROBERT PINO, individually and in his official capacity,
MICHAEL MARTINEZ, individually and in his official capacity, and
JOSEPH LUKOW, individually and in his official capacity,

Defendants.

---

**UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO
THE EXHIBIT [ECF #21] TO DEFENDANT ROBERT PINO'S MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) [ECF #20]**

---

Robert Pino, in his individual and official capacity ("Defendant"), by and through undersigned counsel of Fowler, Schimberg, Flanagan & McLetchie, P.C., presents this Motion for Leave to Restrict Public Access to the **Exhibit [ECF #21]**, which was filed contemporaneously with and in support of Defendant Pino's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) [ECF #20]. In support of this Motion, this Defendant states as follows:

**Certification Pursuant to D.C.COLO.LCivR 7.1(a):** The undersigned has conferred with counsel for Plaintiffs regarding the relief requested in this Motion. The Motion is unopposed.

1. This Motion is submitted pursuant to D.C.COLO.LCivR 7.2(c).

2. This Motion respectfully seeks a "Level 1" restriction, such that access is limited to the parties and to the Court, to the Exhibit to this Defendant's Motion to Dismiss. The Exhibit

was filed on September 22, 2020 and is docketed as **ECF #21**. The Exhibit is marked as "Defendant Pino's Motion to Dismiss EXHIBIT A."

3. On September 22, 2020, Defendant Pino filed a Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). *See* Mot. to Dismiss [ECF #20]. The Exhibit [ECF #21] was submitted contemporaneously with the Motion to Dismiss as a "Level 1" restricted document.

4. This Defendant requests that the Court enter the Exhibit [ECF #21] as a "Level 1" restricted document, such that access to the Exhibit is limited to the parties and the Court.

5. The Exhibit is a compilation of documents and reports provided by the Office of the District Attorney for Colorado's Twelfth Judicial District regarding criminal investigations into allegations and suspected acts of criminal child abuse. Related charges were eventually brought against Plaintiffs. Counsel for this Defendant has reviewed the reports and ensured that the names and initials of the minors involved have been redacted. Nonetheless, as an extra measure of caution, Level 1 restriction is sought due to the highly sensitive nature of the material and to protect the privacy interests of all the parties involved.

6. The Level 1 restriction ensures that the sensitive material and the privacy interests at stake and contained in the Exhibit are protected. The confidentiality of information pertaining to minors who become involved in the child protection system is entitled to protection under various federal and state laws. *See e.g. Schwartz v. Jefferson Cnty. Dep't of Human Servs.*, 2013 WL 3713640, *2-*8 (D. Colo. 2013). Individuals also have a privacy interest in criminal history summaries. *See Auguste v. Alderden*, 2008 WL 3211283 at *17 (D. Colo. 2008) (citing *United States DOJ v. Reporters Comm. For Freedom of Press*, 489 U.S. 749, 764 (1989)). At this stage of the case, these interests outweigh any interest the public may have in learning the sensitive

factual grounds for the investigation set forth in the D.A.'s report.

7.      If the Exhibit [ECF #21] is not restricted, the sensitive and private information pertaining to the minor who was the party sought to be protected by the investigation, as well as a then-minor who was one of the subjects of the investigation, would be unnecessarily disclosed to the public.

8.      Level 1 restriction is the most practicable solution to protecting this information. Although the minors' names and initials have been redacted from the D.A.'s report, the substance of the allegations and the investigations are still viewable. It is impossible to redact all the sensitive material in the Exhibit while still presenting enough material to enable a ruling on the merits of Defendant Pino's Motion to Dismiss. In light of the relief requested in Defendant Pino's Motion to Dismiss—which, in part, is for the Court to abstain from adjudicating the disputes under Fed. R. Civ. P. 12(b)(1), pursuant to the domestic relations exception to federal jurisdiction—it is important for the Court to be able to fully review the substance of the material so as to rule upon the Motion to Dismiss. Furthermore, to date, no protective order has been entered in this case.

9.      Defendant Pino therefore respectfully asks the Court to restrict public access with a "Level 1" restriction, such that access is permitted only to the parties and the Court, to the Exhibit filed and docketed as ECF #21.

WHEREFORE, Robert Pino requests that the Court **grant** this Motion, and that the Exhibit filed as ECF #21 be filed with a Level 1 restriction.

Respectfully submitted this 6th day of October, 2020.

                                            */s/ Eden R. Rolland*
                                            Andrew R. McLetchie, Atty. No. 34035
                                            Eden R. Rolland, Atty. No. 48877
                                            Fowler, Schimberg, Flanagan & McLetchie, PC
                                            350 Indiana Street, Suite 850
                                            Golden, Colorado  80401
                                            Telephone: 303-298-8603
                                            Fax: 303-298-8748
                                            a_mcletchie@fsf-law.com
                                            e_rolland@fsf-law.com

                                            *Attorneys for Defendant Robert Pino*

## CERTIFICATE OF SERVICE

       I hereby certify that on this 6th day of October, 2020, I electronically filed the foregoing **UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO THE EXHIBIT [ECF #21] TO DEFENDANT ROBERT PINO'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND 12(b)(6) [ECF #20]** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| David C. Japha, Esq. | Leslie L. Schluter, Esq. |
| Evan J. House, Esq. | Sophia A.N. Fernald |
| LEVIN JACOBSON JAPHA, P.C. | DAGNER \| SCHLUTER \| MITZNER \| WERBER, LLC |
| 950 South Cherry Creek Street, Suite 912 | 5105 DTC Parkway, Suite 250 |
| Denver, CO 80246 | Greenwood Village, CO 80111 |
| Telephone: (303) 504-4242 | Telephone: (303) 221-4661 |
| davidjapha@japhalaw.com | Fax: (303) 221-4594 |
| ehouse@ljjlaw.com | lschluter@lawincolorado.com |
| *Attorneys for Plaintiffs* | sfernald@lawincolorado.com |
| | *Attorneys for Defendant Joseph Lukow* |

                                            */s/ Sylvia Osiecka*
                                            Sylvia Osiecka